| | | |
|---|---|---|
| A.E.Q.C., a minor, by and through his<br>Next Friend, Chavario Quim Chocoj, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:26-cv-1008 |
| | ) | |
| ROBERT F. KENNEDY, JR. *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## CASE MANAGEMENT ORDER

AND NOW, this 20th day of May, 2026, IT IS HEREBY ORDERED as follows:

1. **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this matter. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition upon those Respondents for whom the United States Attorney's Office is authorized to accept such service. No other documents, pleadings, or motions may be emailed to this email address. Additionally, Petitioner shall provide a copy of the Petition along with this Order to Respondents Holy Family Institute and its CEO Michael Sexauer.

2. **Certificate of Compliance of Service.** Upon completion of service via e-mail along with separate notice to Holy Family Institute and Mr. Sexauer as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service, as well as the date, time and method of notice provided to Holy Family Institute and Mr. Sexauer.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

3. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service. Such notice of appearance shall indicate whether counsel is representing all Respondents or whether such representation is limited to certain specified Respondents.

4. **Respondents' response to the Petition.** Respondents shall file any responses or answers to the Petition within **7 days** of the date of the filing of the Certificate of Compliance of Service. Responses are limited to **25 pages**, double-spaced.

5. **Petitioner's reply in support of the Petition.** Petitioner shall file any reply in support of the Petition within **5 days** of the filing of Respondents' response to the Petition. The reply is limited to **10 pages**, double-spaced.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record